IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SHERRI LEE HARTSOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:12-0240 |
| | ) | Judge Trauger |
| OFFICER JOHN DOE and | ) | Magistrate Judge Knowles |
| CITY OF NASHVILLE, County of Davidson, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On March 20, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 7), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that all claims asserted by the plaintiff in this action are **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

It is so **ORDERED.**

Enter this 11th day of April 2012.

_____
ALETA A. TRAUGER
U.S. District Judge